UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL DONAHUE,

                            Plaintiff,

       -v-                                               CIVIL ACTION NO.: 24 Civ. 5196 (DEH) (SLC)

                                                         **ORDER**

METROPOLITAN LIFE INSURANCE COMPANY,

                            Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 6). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Thursday, September 12, 2024 at 10:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Plaintiff shall promptly serve a copy of this Order on counsel for Defendant by email and file proof of service by **July 18, 2024**.

Dated:        New York, New York
              July 16, 2024

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**