UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL DONAHUE,

                Plaintiff,

-v-

METROPOLITAN LIFE INSURANCE COMPANY,

                Defendant.

CIVIL ACTION NO.: 24 Civ. 5196 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    This action has been referred, pursuant to 28 U.S.C. § 636(b)(1)(A), to Magistrate Judge Sarah L. Cave for general pretrial management, including scheduling discovery, non-dispositive pretrial motions, and settlement. All pretrial motions and applications, including those relating to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Magistrate Judge Cave and must comply with her Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

    It is hereby ORDERED that the telephone conference scheduled for September 12, 2024 (see ECF No. 7) is ADJOURNED sine die pending Defendant's filing of a response to the Complaint.

Dated:    New York, New York
            August 9, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**