UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL DONAHUE,

        Plaintiff,

-v-

METROPOLITAN LIFE INSURANCE COMPANY,

        Defendant.

CIVIL ACTION NO.: 24 Civ. 5196 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 22, 2024, Plaintiff filed the Amended Complaint. (ECF No. 23). Accordingly, Defendant's Partial Motion to Dismiss (ECF No. 13) is **DENIED as moot**. The December 20, 2024 deadline for Defendant to respond to the Amended Complaint (see ECF No. 22) remains in effect.

The Clerk of Court is respectfully directed to close ECF No. 13.

Dated:    New York, New York
            November 25, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**