UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL DONAHUE,

                Plaintiff,

-v-                                         CIVIL ACTION NO. 24 Civ. 5196 (DEH) (SLC)

METROPOLITAN LIFE INSURANCE COMPANY,                **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, May 19, 2025, it is ORDERED that on or before **May 30, 2025**, the parties shall submit a revised proposed case management plan.

Plaintiff Paul Donahue is advised that there is a legal clinic in the Southern District of New York to assist parties in civil cases who do not have lawyers. The Clinic is run by a private organization called the City Bar Justice Center; it is not part of or run by the Court and it cannot accept filings on behalf of the Court. The Clinic is located at the Thurgood Marshall United States Courthouse, 40 Centre Street, Room LL22, New York, New York 10007, which is just inside the Pearl Street entrance to the Courthouse. The Clinic is open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed. An unrepresented party can make an appointment in person by calling (212) 382-4794, or by emailing fedprosdny@nycbar.org.

Dated:      New York, New York
             May 19, 2025

                                                            SO ORDERED.

                                                            _____
                                                            **SARAH L. CAVE**
                                                            **United States Magistrate Judge**