UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL DONAHUE,

        Plaintiff,

-v-

METROPOLITAN LIFE INSURANCE COMPANY,

        Defendant.

CIVIL ACTION NO. 24 Civ. 5196 (DEH) (SLC)

**TELEPHONE CONFERENCE
RESCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Telephone Conference (the "Conference") scheduled for **October 15, 2025, at 3:00 p.m. ET** to discuss the status of discovery (see Dkt. No. 51) is **ADJOURNED** to **October 16, 2025, at 3:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time. Pursuant to the Court's Order at Dkt. No. 51, the parties shall meet and confer in advance of the Conference regarding the discovery issues raised in Plaintiff's September 24, 2025 letter. (See Dkt. Nos. 51; 52).

Dated:    New York, New York
            September 30, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE
United States Magistrate Judge**