UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL DONAHUE,

                Plaintiff,

-v-

METROPOLITAN LIFE INSURANCE COMPANY,

                Defendant.

CIVIL ACTION NO. 24 Civ. 5196 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Telephone Conference held on October 16, 2025 (the "Conference"), another Telephone Conference to discuss the status of discovery is scheduled for **December 9, 2025, at 12:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

For the reasons stated at the Conference, the Court further **ORDERS** the following:

1) With respect to Plaintiff Paul Donahue's ("Mr. Donahue") request that Defendant Metropolitan Life Insurance Company ("Defendant") produce his work emails from 2007 to present, Mr. Donahue is directed, in the first instance, to attempt to locate his work emails from the access he currently has and provide Defendant's counsel with targeted requests as to certain projects and transactions he believes are relevant to his claims. The parties shall meet and confer regarding these targeted requests.

2) With respect to Mr. Donahue's request that Defendant produce his compensation history along with the compensation history of other employees with similar rank and rating, Mr. Donahue shall supply Defendant's counsel with the names of other

Assistant Vice Presidents at MetLife, Retirement and Income Solutions, who he alleges are (i) younger than him, and (ii) potential comparators. The parties shall meet and confer regarding the production of compensation information for Mr. Donahue and these identified individuals.

3) Mr. Donahue's request that Defendant produce Ms. McMurtrie's email correspondence with New York insurance regulators is **DENIED**. Mr. Donahue may explore this topic during depositions.

4) Defendant shall order a copy of the Conference transcript using the annexed form by **October 23, 2025**.

Dated:   New York, New York
         October 16, 2025

                                    SO ORDERED.

                                    _____
                                    **SARAH L. CAVE**
                                    **United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Request for the production of a transcript from an electronic recording**

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

[RESET] [PRINT] [SAVE] [EMAIL]