UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL DONAHUE,

                    Plaintiff,

        -v-                                          CIVIL ACTION NO. 24 Civ. 5196 (DEH) (SLC)

                                                     **ORDER**

METROPOLITAN LIFE INSURANCE COMPANY,

                    Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

On January 20, 2026, the Court extended the parties' deadline to complete depositions to April 17, 2026 along with their deadline to complete fact discovery to June 1, 2026. (Dkt. No. 64).  On or before **April 24, 2026**, the parties shall file a joint letter updating the Court on the status of discovery and any issues ripe for the Court's attention.

Dated:        New York, New York
              February 3, 2026

                                SO ORDERED.

                                _____
                                SARAH L. CAVE
                                **United States Magistrate Judge**