UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL DONAHUE,

                              Plaintiff,

        -v-                                                    CIVIL ACTION NO. 24 Civ. 5196 (DEH) (SLC)

                                                               **ORDER**

METROPOLITAN LIFE INSURANCE COMPANY,

                              Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

On March 24, 2026, pro se Plaintiff Paul Donahue ("Dr. Donahue") filed a letter, (Dkt. No. 77 (the "First Letter")) seeking to compel Erika Fisher ("Ms. Fisher") to appear for a deposition by April 3, 2026 (the "Fisher Request"). (Dkt. No. 77). On March 25, 2026, the Court ordered Defendant MetLife Group Inc. ("Defendant") to file a response to the First Letter and rescheduled the telephone conference previously scheduled for April 6, 2026 at 12:00 p.m. ET to April 1, 2026 at 10:00 a.m. ET (the "Conference"). (Dkt. No. 79).

On March 26, 2026, Defendant filed its response to the First Letter stating that Ms. Fisher is on leave until May 1, 2026 and cannot appear for a deposition by April 3, 2026, (Dkt. No. 80 (the "Response")), and attaching a second letter from Dr. Donahue dated March 25, 2026. (Dkt. No. 80-1 (the "Second Letter")). In the Second Letter, Dr. Donahue states that if the Court concludes Ms. Fisher is unable to sit for her deposition before her return from leave, he requests: (i) an extension of the deposition deadline for Ms. Fisher until she can sit for her deposition;[1] and

---

[1] The current deadline for the parties to complete depositions is **April 17, 2026**, and the current deadline to complete fact discovery is **June 1, 2026**. (Dkt. No. 64 at 2).

(ii) an extension of time for his expert to update her report after Ms. Fisher's deposition.[2] (Dkt. No. 80-1 at 2–3).

In the Response, Defendant seeks (i) an extension of time for its expert to update any rebuttal report;[3] and (ii) to adjourn the Conference back to the week of April 6, 2026.  (Dkt. No. 80 at 2).  Defendant's request to adjourn the Conference is **GRANTED**.  The Conference scheduled for April 1, 2026 at 10:00 a.m. ET is **ADJOURNED** to **April 6, 2026 at 12:00 p.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Further, given Defendant's representation that Ms. Fisher is on leave until May 1, 2026, and therefore cannot appear for a deposition by April 3, 2026, the Fisher Request is **DENIED**.

The Court previously ordered Plaintiff's deposition to occur on **March 27, 2026**, and in any event, no later than **April 3, 2026**, a deadline that remains in effect.  (Dkt. No. 75).  Therefore, the only remaining issues to be discussed during the Conference are: (i) the scheduling of Ms. Fisher's deposition and corresponding extension of the deposition deadline; (ii) the expert report deadlines; and (iii) the Comparative Compensation Data, as defined in the Court's Order at Dkt. No. 75.

Dated:     New York, New York          SO ORDERED.
           March 26, 2026

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

---

[2] The current deadline for Dr. Donahue to provide his expert report to Defendant is **April 8, 2026**. (Dkt. No. 75 at 4).

[3] The current deadline for Defendant to provide its response to Dr. Donahue's expert report is **May 6, 2026**.  (Dkt. No. 75 at 4).

2