UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL DONAHUE,

                    Plaintiff,

     -v-

METROPOLITAN LIFE INSURANCE COMPANY,

                    Defendant.

CIVIL ACTION NO. 24 Civ. 5196 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on April 6, 2026 (the "Conference") to discuss the status of discovery and the parties' remaining discovery issues.  (See Dkt. No. 83 at 2).  Following the Conference, the Court **ORDERS** the following:

1. By **April 7, 2026**, Defendant MetLife Group Inc. ("MetLife") shall order a copy of the Conference transcript using the annexed form.  MetLife is instructed to order the transcript on an expedited basis by selecting "daily" service on the annexed form.

2. The deadline for Plaintiff Paul Donahue ("Dr. Donahue") to take the deposition of MetLife witness, Erika Fisher ("Ms. Fisher"), is **EXTENDED** to **May 15, 2026**.

3. Dr. Donahue also identified at the Conference that he seeks to depose three other witnesses at MetLife.  The deadline for Dr. Donahue to depose those three witnesses is **EXTENDED** to **April 30, 2026**.

4. By **April 8, 2026**, counsel for MetLife shall file a letter stating its position regarding the following proposed expert discovery schedule:

a.  The deadline for Dr. Donahue to provide his expert report to MetLife shall be **EXTENDED** to **May 29, 2026**; the deadline for MetLife to provide its rebuttal expert report shall be **EXTENDED** to **June 29, 2026**; and expert depositions shall be completed by **July 29, 2026**, which is the deadline to complete expert discovery.

5.  At the Conference, the parties also discussed Dr. Donahue's request for the Comparative Compensation Data, as defined in the Court's Order at Dkt. No. 75, for Dr. Donahue and 21 Assistant Vice Presidents at MetLife (the "Comparative Compensation Data Request"). (Dkt. Nos. 75; 84; 87). As discussed at the Conference, the Court reserves decision on the Comparative Compensation Data Request pending receipt of Dr. Donahue's letter that he emailed to the Pro Se office on April 5, 2026 but has not yet been docketed, and the Conference transcript.

Dated:      New York, New York
            April 6, 2026

SO ORDERED.

_____

**SARAH L. CAVE**
**United States Magistrate Judge**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | ◯ | 3 Day $6.55 | ◯ | 7 Day $5.85 | ◯ | 14 Day $5.10 | ◯ | 30 Day $4.40 | ◯ |
|---|---|---|---|---|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |