# Morgan Lewis

On May 31, 2026, Plaintiff Paul Donahue ("Mr. Donahue") filed a letter requesting an extension of his time to depose Erika Fisher. (Dkt. No. 103 (the "Fisher Request")). On June 8, 2026, Defendant MetLife Group, Inc. ("Metlife") filed its response to the Fisher Request representing that "the parties reached an agreement in principle to resolve this matter" and requesting the Court stay all discovery and related case deadlines for thirty days. (Dkt. No. 105 (the "Stay Request")). In light of the fact that the parties have reached an agreement in principle, the Stay Request is **GRANTED.** All discovery and related case deadlines are **STAYED** <u>sine die</u>. Further, the Fisher Request is also **GRANTED** to the extent it requested an extension of Plaintiff's time to depose Erika Fisher.

By **July 8, 2026**, the parties shall file a Stipulation of Dismissal.

The Clerk of Court is respectfully directed to close Dkt. Nos. 103 and 105.

SO ORDERED.    June 8, 2026

SARAH L. CAVE
United States Magistrate Judge

**Ashley J. Hale**
+1.212.309.6878
ashley.hale@morganlewis.com

June 8, 2026

**VIA ECF**

Honorable Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

Re:    Donahue v. Metropolitan Life Insurance Company; Civil Action No. 24-cv-05196-DEH-SLC

Dear Judge Cave:

Defendant MetLife Group, Inc. ("Defendant" or "MetLife") (incorrectly named in the Complaint as "Metropolitan Life Insurance Company") and Plaintiff Paul Donahue respectfully submit this joint letter seeking a stay of all discovery and proceedings in this matter for thirty (30) days while the parties memorialize their agreement to resolve this matter and have it dismissed with prejudice.

On June 3, 2026, Plaintiff filed a letter seeking an extension of time to depose MetLife employee Erika Fisher, and an extension of time to serve a 30(b)(6) deposition notice and additional document requests. DKT. 103. MetLife intended on filing letter in opposition and response to that letter today, June 8, in accordance with your Honor's Individual Rules. On Monday, June 1, Plaintiff served a subpoena for the deposition of Ms. Fisher, to take place on Thursday, June 11, 2026. Ms. Fisher remains out of work on a leave of absence, and MetLife intended on filing a motion to quash that subpoena.

However, on Friday, June 5, the parties reached an agreement in principle to resolve this matter. The parties are currently in the process of finalizing and executing the documentation to memorialize the agreement, and they expect to file a stipulation of dismissal with prejudice promptly thereafter.

On June 8, 2026, Joshua Fingold filed a notice of limited appearance on behalf of Paul Donahue to facilitate the anticipated resolution.

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060
United States

**T** +1.212.309.6000
**F** +1.212.309.6001

Honorable Sarah L. Cave
June 8, 2026
Page 2

In light of the parties' agreement to resolve this matter, the parties respectfully request that the Court stay all discovery and related case deadlines for thirty (30) days, or until the stipulation of dismissal is filed, whichever occurs first. A temporary stay will conserve the resources of the parties and the Court while the agreement is memorialized and the action is formally dismissed.

The parties anticipate filing a stipulation of dismissal with prejudice no later than July 8, 2026, and will promptly notify the Court if additional time is required.

The parties thank the Court for its consideration of this request.

Sincerely,

*/s Ashley Hale*                                    */s Joshua Fingold*

Ashley Hale                                           Joshua Fingold


Cc: Plaintiff, *via email*